**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ARISTA RECORDS LLC, et al.,**

    **Plaintiffs**

**v.**                                                        **Case No. 8:07-cv-360-T-30TBM**

**KIMBERLY BAILEY,**

    **Defendant.**

_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Application for Entry of Default Judgment by the Court (Dkt. #9). Plaintiff seeks the following judgment in its motion: (i) the minimum statutory damages provided by Section 504 of the Copyright Act[1], in the amount of $750 for each of the ten infringements alleged in the Complaint, for a total of $7,500.00, (ii) an injunction pursuant to Section 502 of the Copyright Act[2], and (iii) costs, pursuant to Section 505 of the Copyright Act[3], in the amount of $420.00. After close consideration of Plaintiff's motion and other supporting materials, the Court concludes that Plaintiff's motion should be granted.

It is therefore ORDERED AND ADJUDGED that:

---

[1] See 17 U.S.C. §504 (2006)

[2] See 17 U.S.C. §502 (2006)

[3] See 17 U.S.C. §505 (2006)

1. Plaintiff's Application for Entry of Default Judgment (Dkt. #9) by the Court is **GRANTED**.

2. Defendant shall be and hereby is enjoined from directly infringing Plaintiffs' rights under federal or state law in any copyrighted recording and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) (**"Plaintiffs' Recordings"**), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

3. The Clerk is directed to enter a final judgment in favor of Plaintiffs against Kimberly Bailey in the total amount of $7,920.00, which consists of $7,500.00 in statutory damages pursuant to 17 U.S.C. §504, plus $420.00 in costs pursuant to 17 U.S.C. §505.

4. All pending motions are denied as moot.

5.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on May 18, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-360.default.frm